# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2017

## NO. 03-16-00198-CR

**Kimberly Charlene Martin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgments of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgments of conviction. Therefore, the Court affirms the district court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.